IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD VINCENT RAY, III,** | Case No. C 11-01604 CW (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **MATTHEW CATE, et al., Secretary of California Department of Corrections & Rehabilitation,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time within which respondent is to file a response to the order to show cause shall be extended sixty (60) days to and including February 13, 2012. Petitioner may file a traverse within thirty (30) days of receiving the response.

Dated: __11/18/2011_____

_____
The Honorable Claudia Wilken
United States District Judge

SF2011202409
20556640.doc